IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACOLA CURRY-MCDOUGAL, *individually and as Mother and Natural Guardian of* Plaintiff D.A.M., *a Minor*<br><br>     Plaintiff,<br><br>v.<br><br>PFIZER INC., *a Delaware Corporation*; PFIZER INTERNATIONAL LLC, *a New York Limited Liability Company; and* J.B. ROERIG & COMPANY, *a Division of Pfizer, Inc.*,<br><br>     Defendants. | Case No. 3:12-cv-00183-JPG-PMF |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: April 24, 2012**

                                                                    **NANCY ROSENSTENGEL, CLERK**


                                                                    **s/Brenda K. Lowe, Deputy Clerk**

Approved: s./ J. Phil Gilbert
     **J. PHIL GILBERT**
     **DISTRICT JUDGE**